IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| BILLY JOHN ROBERSON | § | |
|---|---|---|
| TDCJ No 1385227 | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 3-09-CV-0236-K |
| | § | |
| MARY SNIDER, ET AL. | § | |
| | § | |
| Defendants. | § | |

## ORDER

After conducting a review of the pleadings, files and records in this case, and the Findings and Recommendation of the United States Magistrate Judge in accordance with 28 U.S.C. § 636(b)(1), I am of the opinion that the Findings and Recommendation of the Magistrate Judge are correct and they are hereby accepted as the Findings of the Court. As of this date, the Court notes that Plaintiff has filed no response or objections to the Findings and Recommendations of the United States Magistrate Judge. Therefore, it is therefore ordered, that Plaintiff's Motion to Proceed *in forma pauperis*, filed on February 3 , 2009 is **DENIED**.

Further, Plaintiff's Motion to Appoint Counsel, Motion to Compel Production, Motion for Production of Documents, Motion for Service of Process, and Motion for Default Judgment, all filed on February 3, 2009, are **DENIED**.

Plaintiff is ordered to pay the $350.00 statutory filing fee within 20 days after the date of this order. If he fails to do so, this case will be dismissed without further notice.

SO ORDERED.

Signed: March 2nd, 2009.

_Ed Kinkeade_
ED KINKEADE
UNITED STATES DISTRICT JUDGE